UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
: 
IN RE WORLD TRADE CENTER LOWER         : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION     :
: 
-----------------------------------------------------------------X
ARACELI MEDINA,                        : 07-CV-4490-AKH
:
              Plaintiff,               :
                                       : **APPEARANCE**
   - against -                         :
                                       :
111 WALL STREET LLC, *et al.*,         :
                                       : **ELECTRONICALLY FILED**
              Defendants.              :
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated: New York, New York            DICKSTEIN SHAPIRO LLP
       October 3, 2007
                                By:   ___/s/ Judith R. Cohen___
                                      Judith R. Cohen (JC-8614)
                                      1177 Avenue of the Americas
                                      New York, New York 10036
                                      Phone: (212) 277-6500
                                      Fax: (212) 277-6501
                                      *Attorney for Defendant*
                                      MERRILL LYNCH & CO., INC.


DOCSNY-271299v01