Robert J. Cosgrove (RC 8917)
Cheryl D. Fuchs (CF 1116)
WADE CLARK MULCAHY
111 Broadway, 9th Floor
New York, New York 10006
(212) 267-1900
Attorneys for Defendants: New York University

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION         21 MC 102 (AKH)
                                            07 CV 4490 (AKH)
------------------------------------------------------------------------ X
ARACELI MEDINA,

                                                        **AMENDED NOTICE
                                                        OF NEW YORK
                        Plaintiffs,                     UNIVERSITY'S
                                                        ADOPTION OF
-against-                                               ANSWER TO
                                                        MASTER
NEW YORK UNIVERSITY,                                    COMPLAINT


                        Defendant.

------------------------------------------------------------------------ X

PLEASE TAKE NOTICE THAT defendant NEW YORK UNIVERSITY as and for its responses to the allegations set forth in the Amended Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts the NYU Defendants' Answer to Master Complaint, dated August 3, 2007, that was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, NEW YORK UNIVERSITY demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York
       January 31, 2008        WADE CLARK MULCAHY

/s/
_____
By: Robert J. Cosgrove (RC 8917)
Cheryl D. Fuchs (CF 1116)
Attorneys for NYU Defendants
111 Broadway, 9th Floor
New York, New York 10006
(212) 267-1900

STATE OF NEW YORK   )
COUNTY OF NEW YORK ) ss:

Sibil Miranda, being duly sworn, deposes and says:

That I am not a party to the within action, am over 18 years of age and reside in Brooklyn, New York.

That on January 31, 2008, deponent served the within **Amended Notice of New York University's Adoption of Answer to Master Complaint** upon the attorneys and parties listed below by electronic filing:

TO:

| | |
|---|---|
| Gregory J. Cannata, Esq.<br>THE LAW FIRM OF GREGORY J. CANNATA<br>Plaintiffs's Liaison Counsel<br>233 Broadway<br>New York, NY 10279 | Robert Grochow, Esq.<br>ROBERT A. GROCHOW, P.C.<br>Plaintiffs's Liaison Counsel<br>233 Broadway<br>New York, NY 10279 |
| David Worby, Esq.<br>WORBY GRONER EDELMAN & NAPOLI BERN, LLP<br>Plaintiffs's Liaison Counsel<br>115 Broadway<br>New York, NY 10006 | James E. Tyrrell, Jr., Esq.<br>PATTON BOGGS LLP<br>Defendants' Liasion Counsel<br>The Legal Center<br>One Riverfront Plaza<br>Newark, NJ  07102 |
| Richard Williamson, Esq.<br>FLEMMING ZULACK WILLIAMSON ZAUDERER, LLP<br>Defendants' Liaison Counsel<br>One Liberty Plaza<br>New York, NY 10006 | WILSON ELSER, ET AL<br>Attorneys for Battery Park City Authority<br>3 Gannett Drive<br>White Plains, NY 10604 |
| ESCHEN, FRENKLE & WEISMAN, LLP<br>Attorneys for Lionshead Development, LLC<br>20 West Main Street<br>Bay Shore, NY 11706 | ESCHEN, FRENKLE & WEISMAN, LLP<br>Attorneys for Lionshead 110 Development, LLC<br>20 West Main Street<br>Bay Shore, NY 11706 |

DICKSTEIN SHAPIRO MORIN & OSHINSKY, LLP
2101 L. Street N.W.
Washington, DC 20037

/s/
_____
Sibil Miranda

Sworn to before me this
31st day of January 2008

/s/
_____
Notary Public