x:\tc52804\adoption

ROGER P. McTIERNAN, JR. (RPM 1680)
BARRY, McTIERNAN & MOORE
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600

Attorneys for Defendants STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
-------------------------------------------------------------------------X
ARACELY M TOLEDO NARANJO,

      Plaintiff,

  -against-

ONSITE:
7 WORLD TRADE COMPANY, L.P.; A RUSSO WRECKING, INC; ABM INDUSTRIES, INC; ABM JANITORIAL NORTHEAST, INC; AMEC CONSTRUCTION MANAGEMENT, INC; AMEC EARTH & ENVIRONMENTAL, INC; ANTHONY CORTESE SPECIALIZED HAULING LLC; ATLANTIC HEYDT CORP.; BECHTEL ASSOCIATES PROFESSIONAL CORPORATION; BECHTEL CONSTRUCTION, INC; BECHTEL CORPORATION; BECHTEL ENVIRONMENTAL, INC; BERKEL & COMPANY, CONTRACTORS, INC; BIG APPLE WRECKING & CONSTRUCTION CORP; BOVIS LEND LEASE LMB, INC; BREEZE CARTING CORP; BREEZE NATIONAL INC; BRER-FOUR TRANSPORTATION CORP.; BURO HAPPOLD CONSULTING ENGINEERS, P.C.; C.B. CONTRACTING CORP; CANRON CONSTRUCTION CORP.; CORD CONTRACTING CO., INC; DAKOTA DEMO-TECH; DIAMOND POINT EXCAVATING CORP.; DIEGO CONSTRUCTION, INC.; DIVERSIFIED CARTING, INC.; DMT ENTERPRISES, INC.; D'ONOFRIO GENERAL CONTRACTORS CORP.; EAGLE LEASING & INDUSTRIAL SUPPLY,

      NOTICE OF
      ADOPTION

      07 CV 04490

INC.; EAGLE ONE ROOFING CONTRACTORS INC.; EJ DAVIES, INC.; EN-TECH CORP.; EVERGREEN RECYCLING OF CORONA(EROC); EWELL W. FINLEY, P.C.; EXECUTIVE MEDICAL SERVICES, P.C.; FLEET TRUCKING, INC.; FRANCIS A. LEE EXTERIOR RESTORATION, INC.; FTI TRUCKING, INC.; GILSANZ, MURRAY & STEFICEK, LLP, GOLDSTEIN ASSOCIATES CONSULTING ENGINEERS, PLLC; HALLEN WELDING SERVICE, INC.; H.P. ENVIRONMENTAL; KOCH SKANSKA INC.; LAQUILA CONSTRUCTION INC.; LASTRADA GENERAL CONTRACTING CORP.; LESLIE E. ROBERTSON ASSOCIATES CONSULTING ENGINEERS P.C.; LIBERTY MUTUAL GROUP; LOCKWOOD, KESSLER & BARTLETT, INC.; LUCIUS PITKIN, INC.; LZA TECH-DIV OF THORTON TOMASETTI; MANAFORT BROTHERS INCORPORATED; MAZZOCCHI WRECKING, INC.; HUDSON MERIDIAN CONSTRUCTION GROUP, LLC F/K/A MERIDIAN CONSTRUCTION CORP.; MORETRENCH AMERICAN CORP.; MRA ENGINEERING PC; MUESER RUTLEDGE CONSULTING ENGINEERS, INC., NACIREMA INDUSTRIES INCORPORATED; NEW YORK CRANE & EQUIPMENT CORP.; NICHOLSON CONSTRUCTION COMPANY; PETER SCALAMANDRE & SONS, INC.; PINNACLE ENVIRONMENTAL CORP.; PLAZA CONSTRUCTION CORP.; PORT AUTHORITY OF NEW YORK AND NEW JERSEY; PRO SAFETY SERVICES LLC; PT & L CONTRACTING CORP.; ROBER SILMAN ASSOCIATES; ROBERT L. GEROSA, INC.; RODAR ENTERPRISES, INC.; ROYAL GM, INC.; SAB TRUCKING INC.; SAFEWAY ENVIRONMENTAL CORP.; SEASONS INDUSTRIAL CONTRACTING; SEMCOR EQUIPMENT & MANUFACTURING CORP.; SILVERITE CONTRACTING CORPORATION; SIMPSON GUMPERTZ & HEGER INC.; SKIDMORE, OWING & MERRILL LLP; SURVIVAIR; TISHMAN CONSTRUCTION CORPORATION OF MANHATTAN; TISHMAN CONSTRUCTION CORPORATION OF NEW YORK; TISHMAN INTERIORS CORPORATION; TISHMAN SPEYER PROPERTIES; THORTON-TOMASETTI GROUP, INC.; TORRETTA TRUCKING, INC.; TOTAL SAFETY

CONSULTING, L.L.C.; TUCCI EQUIPMENT RENTAL CORP.; TULLY CONSTRUCTION CO., INC.; TURNER CONSTRUCTION COMPANY; ULTIMATE DEMOLITION/CS HAULING(JOINT VENTURE); VOLLMER ASSOCIATES LLP; WEEKS MARINE, INC.; WEIDLINGER ASSOCIATES, CONSULTING ENGINEERS, P.C.; WHITNEY CONTRACTING INC.; WOLKOW-BRAKER ROOFING CORP.; WORLD TRADE CENTER PROPERTIES LLC; WSP CANTOR SEINUK; YANNUZZI & SONS, INC.; YONKERS CONTRACTING COMPANY, INC.; YORK HUNTER CONSTRUCTION, LLC; ZIEGENFUSS DRILLING, INC.,

OFF SITE:

111 WALL STREET LLC, 230 CENTRAL CO., LLC, ABATEMENT PROFESSIONALS, ABSCOPE ENVIRONMENTAL, INC., ALAN KASMAN DBA KASCO, ANN TAYLOR STORES CORPORATION, APPLIED ENVIRONMENTAL INC., BANKERS TRUST COMPANY, BATTERY PARK CITY AUTHORITY, BLACKMON-MOORING-STEAMATIC CATASTROPHE, INC. D/B/A BMS CAT, BRISTOL ENVIRONMENTAL INC., BROOKFIELD FINANCIAL PROPERTIES, INC., BROOKFIELD FINANCIAL PROPERTIES, LP, BROOKFIELD PARTNERS, LP, BROOKFIELD PROPERTIES CORPORATION, BT PRIVATE CLIENTS CORP., CATAMOUNT ENVIRONMENTAL INC., CITIBANK, NA, CITIGROUP, INC., CLAYTON ENVIRONMENTAL CONSULTANTS, COMPREHENSIVE ENVIRONMENTAL SERVICE CO., CONTAMINANT CONTROL, INC., COVINO ENVIRONMENTAL ASSOCIATES, INC., CRITERION LABORATORIES INC., CUSHMAN & WAKEFIELD 111 WALL, INC., CUSHMAN & WAKEFIELD, INC., DARLING ASBESTOS DISPOSAL COMPANY INC., DEUTSCHE BANK TRUST COMPANY, DEUTSCHE BANK TRUST COMPANY AMERICAS, DEUTSCHE BANK TRUST CORPORATION, DIVERSIFIED ENVIRONMENTAL CORPORATION, DYNASERV INDUSTRIES, INC., ENVIRONMENTAL PRODUCTS AND SERVICES, INC., ENVIRONMENTAL SERVICES AND TECHNOLOGIES, INC., ENVIRONMENTAL TESTING, INC., ENVIROSERVE INC., ENVIROTECH CLEAN AIR, INC., GPS ENVIRONMENTAL CONSULTANTS, INC.,

HILLMAN ENVIRONMENTAL GROUP, LLC, INDOOR ENVIRONMENTAL TECHNOLOGY, INC., KASCO RESTORATION SERVICES CO., LVI ENVIRONMENTAL SERVICES, INC., LVI SERVICES INC., MARCOR REMEDIATION INC., MERRILL LYNCH & CO, INC., MILRO ASSOCIATES, INC., NEW YORK UNIVERSITY, NOMURA HOLDING AMERICA, INC., NOMURA SECURITIES INTERNATIONAL, INC., NORWICH LABORATORIES, ONE WALL STREET HOLDINGS, LLC, PAR ENVIRONMENTAL CORPORATION, PINNACLE ENVIRONMENTAL CORPORATION, POTOMAC ABATEMENT INC., ROYAL ENVIRONMENTAL INC., SENCAM, INC., SPECIALTY SERVICE CONTRACTING INC., STATE STREET BANK AND TRUST COMPANY, AS OWNER TRUSTEE OF ZSF/OFFICE NY TRUST, STRUCTURE TONE (UK), INC., STRUCTURE TONE GLOBAL SERVICES, INC., SYSKA AND HENNESSY, TELLABS OPERATIONS, INC., THAMES REALTY CO., THE BANK OF NEW YORK TRUST COMPANY NA, TISHMAN INTERIORS CORPORATION, TOSCORP INC., TTI ENVIRONMENTAL SERVICES INC., TULLY CONSTRUCTION CO., INC., TULLY INDUSTRIES, INC., VERIZON NEW YORK, INC., WESTON SOLUTIONS, INC., WFP TOWER B CO. G.P. CORP., W FP TOWER B HOLDING CO., LP, WFP TOWER B. CO., L.P., AND WILLIAM F. COLLINS, ARCHITECT, ET AL.,

      Defendants.
---------------------------------------------------------------------X

  PLEASE TAKE NOTICE that defendants, STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC. (hereinafter "STRUCTURE TONE"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master Complaint filed in the above-referenced action, hereby adopts STRUCTURE TONE's Answer to the Master Complaint dated July 30, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

To the extent that STRUCTURE TONE's Answer to the Master Complaint does not comprehensively address any of the specific allegations within the Check-Off Complaint in the above-captioned matter, STRUCTURE TONE denies knowledge or information sufficient to form a belief as to the truth of such specific allegations.

WHEREFORE, STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC., demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York
August 19, 2008

ROGER P. McTIERNAN, JR. (RPM 1680)
BARRY, McTIERNAN & MOORE
Attorneys for Defendants
STRUCTURE TONE, INC. s/h/a
STRUCTURE TONE (UK), INC. and
STRUCTURE TONE GLOBAL SERVICES, INC.
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600